**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lastrada Entertainment Co. Ltd, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Rhythm Room, LLC; and Robert Corritore, <br><br> Defendants. | No. CV-24-01536-PHX-DGC <br><br> **ORDER** |

Plaintiffs filed a complaint asserting copyright infringement claims against Defendants on June 24, 2024.  Doc. 1.  Pursuant to Federal Rule of Civil Procedure 4, Plaintiffs move for an extension of time to serve Defendant Robert Corritore through alternative means.  Doc. 9.  The Court will grant the motion.

Under Rule 4(m), the plaintiff is required to serve process on a defendant within 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  But where the plaintiff shows good cause for failing to do so, the Court must extend the time for service for an appropriate period.  *Id.*

Plaintiffs were required to serve Corritore by September 23, 2024 – 90 days after the complaint was filed on June 24, 2024.  *See* Fed. R. Civ. P. 4(m).  Plaintiffs explain that despite having already received a copy of the complaint and having engaged in settlement discussions, Corritore agreed only to execute a waiver of service on behalf of Defendant Rhythm Room.  Docs. 9 at 2, 9-5 at 2-4.  Plaintiffs present an affidavit of service indicating

that they made multiple attempts to serve Corritore at his home, but he is evading service. Doc. 9-4 at 2.  Plaintiffs move for a 30-day extension of the September 23 service deadline and permission to serve Corritore by sending a copy of the summons and complaint to his email address.  Doc. 9 at 3-5 (citations omitted).

The Court finds that Plaintiffs have shown good cause for an extension of time to complete service and to serve Corritore through email.

**IT IS ORDERED:**

1. Plaintiffs' motion for extension of time to serve Defendant Corritore through alternative means (Doc. 9) is **granted**.

2. Plaintiffs shall have until **October 23, 2024** to serve Defendant Corritore through email.

3. Plaintiffs' alternative request to deem Corritore served is **denied**.

Dated this 24th day of September, 2024.

David G. Campbell
Senior United States District Judge